# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### NEWNAN DIVISION

| | | |
|---|---|---|
| **MELISSA BROWN, individually and** | ) | |
| **On behalf of those similarly situated,** | ) | **Civil Action File No.** |
| | | **3:20-cv-00224-TCB** |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | |
| **1888 MILLS, LLC,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## JOINT MOTION TO STAY AND MEMORANDUM IN SUPPORT

COMES NOW, Defendant 1888 Mills, LLC and Plaintiff Melissa Brown, on behalf of herself and all those similarly situated (collectively, the "Parties"), hereby jointly move for an order staying all proceedings and discovery in this action pending the Court's resolution of either Defendant's Motion for Summary Judgment (Doc. 29) or Plaintiff's Motion for Conditional Certification. (Doc. 31.) The discovery period is currently set to expire on October 25, 2021. Under these circumstances, the most efficient and economical way for this case to proceed would be for all discovery to be stayed pending the Court's resolution of either of the above motions. Once the Court rules on one of the above motions, discovery can resume for the remaining period of discovery that has not yet expired. Accordingly, the Parties respectfully request that all proceedings and discovery in this action be

stayed, pending resolution of either Defendant's Motion for Summary Judgment or

Plaintiff's Motion for Conditional Certification. A proposed Order is attached for

the Court's convenience.

Respectfully submitted, this 20th day of October, 2021.

Respectfully submitted,


*s/ James M. McCabe*
James M. McCabe
Georgia Bar No. 724618
The McCabe Law Firm, LLC
3355 Lenox Road
Suite 750
Atlanta, GA 30326
T:  404.250.3233
F:  404.400.1724
E:  jim@mccabe-lawfirm.com

*Counsel for Plaintiffs and Those*
*Similarly Situated*


*s/ Joyce M. Mocek*
Joyce M. Mocek
Georgia Bar No. 515005
Hannah K. Gosch
Georgia Bar No. 536845
FREEMAN MATHIS & GARY, LLP
100 Galleria Parkway, Suite 1600
Atlanta, Georgia 30339-5948
T:  770.818.0000
F:  770.937.9960
E:  jmocek@fmglaw.com
E:  Hkgosch@fmglaw.com

*Counsel for Defendant*


## CERTIFICATE OF COMPLIANCE

Pursuant to Local Rule 7.1(D), I hereby certify that the foregoing **JOINT**

**MOTION TO STAY** has been prepared in compliance with Local Rule 5.1(B) in

14-point Times New Roman type face.

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | | |
|---|---|---|
| **MELISSA BROWN,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action File No.** |
| | ) | **3:20-CV-00224-TCB** |
| **1888 MILLS, LLC.** | ) | |
| | ) | |
| **Defendant.** | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically submitted the foregoing

**JOINT MOTION TO STAY** to the Clerk of Court using the CM/ECF system

which will automatically send electronic mail notification of such filing to counsel

of record who are CM/ECF participants. Counsel of record are:

> James M. McCabe
> Georgia Bar No. 724618
> The McCabe Law Firm, LLC
> 3355 Lenox Road
> Suite 750
> Atlanta, GA 30326
> jim@mccabe-lawfirm.com

This 20th day of October, 2021.

*s/ Joyce M. Mocek*
Joyce M. Mocek
Georgia Bar No. 515005
Counsel for Defendant

FREEMAN MATHIS & GARY, LLP
100 Galleria Parkway
Suite 1600
Atlanta, GA 30339-5948
T:  (770) 818-0000
F:  (770) 937-9960